IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-00032-07-CR-W-BP |
| ) | |
| KATHERINE CRAVEN, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On December 19, 2024, the Honorable Lajuana M. Counts, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to one count of conspiracy to distribute a mixture or substance containing cocaine and possession of a firearm in furtherance of a drug trafficking offense. (Doc. 80.) There has been no objection to Judge Counts's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and she is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

DATE: February 10, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT